MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HIESHETTER V. ARROYO PETCARE CENTER ET AL.

Civil No. 07CV270 J (NLS)

HON. NAPOLEON A. JONES, JR.                    JUDICIAL LAW CLERK
                                                MELIAH THOMAS

PROCEEDINGS: X  In Chambers     ___ In Court    ___ Telephonic

    On March 5, 2007, Defendants filed an Answer.  [Doc. No. 5.]  Because Plaintiff filed a notice of voluntary dismissal before Defendants filed their Answer, the Answer is hereby **STRICKEN and UNFILED** from the docket.

 X  Copies to: All Parties

___ Notified by Telephone

cc:     MAGISTRATE JUDGE STORMES
        ALL PARTIES
        COURT CLERK W. SAMUEL HAMRICK, JR.


DATE: 03/07/2007                                INITIALS: MAT  LAW CLERK